# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO H. REYES,<br><br>    Petitioner,<br><br>v.<br><br>JOHN GARZA, Warden,<br><br>    Respondent. | No. CV 17-9095 SVW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Ground Four of the Petition is DISMISSED WITH PREJUDICE as moot. Respondent's motion to dismiss is denied in all other respects.

DATED: December 13, 2018

                                                      STEPHEN V. WILSON<br>                                                    United States District Judge