JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANILO H. REYES, | ) | No. CV 17-9095 SVW (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN GARZA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 5, 2019

_____
STEPHEN V. WILSON
United States District Judge